Matthew P. Minser, Esq. (SBN 296344)
Craig L. Schechter, Esq. (SBN 308968)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: cschechter@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH JOHN KOCSIS JR., individually and dba ALL STAR CAULKING AND WATERPROOFING, LLC,<br><br>Defendant. | Case No. 3:20-cv-07353-JCS<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THERON**<br><br>Date:      March 26, 2021<br>Time:     2:00 PM<br>Location: Zoom<br>Judge:    Hon. Joseph C. Spero |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for March 26, 2021, be continued for approximately sixty to ninety (60-90) days. Good cause exists for the granting of the continuance, as follows:

1.  As the Court's records will reflect, this action was filed on October 20, 2020 (Dkt.1). The Defendant was served by substituted service on December 10, 2020, and a Proof of Service of Summons was filed with the Court on January 7, 2021 (Dkt. 9).

2.  Plaintiffs' counsel spoke with Defendant on December 14, 2020. During the call, Defendant claimed that he is not signatory to a collective bargaining agreement with District Council 16 of the International Union of Painters and Allied Trades. Defendant also claimed that he has had past

1

**PLAINTIFFS REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. 3:20-cv-07353-JCS**     P:\CLIENTS\GLACL\All Star Caulking and Waterproofing\Pleadings\Word Versions + Fillable PDFs\Request to Continue CMC_031121.docx

issues with people fraudulently using his contractor's license.

3. As Defendant has failed to file a timely response to the Complaint, Plaintiffs filed a Request for Entry of Default on March 5, 2021. (Dkt. # 13). Default was entered on March 9, 2021. (Dkt. #14).

4. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for March 26, 2021 be continued for sixty to ninety (60-90) days to allow sufficient time for Plaintiffs to prepare and file a Motion for Default Judgment.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

DATED: March 12, 2021                           SALTZMAN & JOHNSON LAW CORPORATION

                                                By: _____/S/_____
                                                    Craig L. Schechter
                                                    Matthew P. Minser
                                                    Attorneys for District Council 16 Northern California
                                                    Health and Welfare Trust Fund, et al.

**IT IS SO ORDERED.**

The currently set Case Management Conference is hereby continued to _____ at _____, and all previously set deadlines and dates related to this case are continued accordingly.

Dated: _____, 2021        _____
                                     UNITED STATES MAGISTRATE
                                     JUDGE JOSEPH C. SPERO

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of Alameda, State of California. My business address is 1141 Harbor Bay Parkway, Suite 100, Alameda, California 94502.

2. I am over the age of eighteen and not a party to this action.

3. On **March 12, 2021**, I served the following document(s):

**PLAINTIFFS REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

on the interested parties in said action by enclosing a true and exact copy of each document in an envelope and depositing the sealed envelope with the United States Postal Service in a sealed envelope with first class postage fully prepaid.

4. The envelope was addressed and mailed as follows:

All Star Caulking And Waterproofing, LLC
Kenneth John Kocsis, Jr.
756 6th Street
Norco, CA 92860

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **March 12, 2021,** at Vallejo, California.

/S/

Alicia Wood

Paralegal

**PROOF OF SERVICE**
**Case No. 3:20-cv-07353-JCS**    P:\CLIENTS\GLACL\All Star Caulking and Waterproofing\Pleadings\Word Versions + Fillable PDFs\Request to Continue CMC_031121.docx

1