UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>KENNETH JOHN KOCSIS, JR.,<br><br>Defendant. | Case No. 20-cv-07353-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on May 27, 2022, at 2:00 PM before this Court in the above-entitled case.  Plaintiff was present.  Defendant was not present.

IT IS HEREBY ORDERED that Defendant Kenneth Kocsis shall appear on **June 24, 2022, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why default of the defendant should not be entered for failure to appear at the case management conference on May 27, 2022, and for failure to comply with the Court's Order of April 18, 2022.  A further case management conference is also scheduled for **June 24, 2022**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: June 1, 2022

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge