Matthew P. Minser, Esq. (SBN 296344)
Siddharth Jhans, Esq. (SBN 254165)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: sjhans@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JOHN KOCSIS JR., individually and dba ALL STAR CAULKING AND WATERPROOFING, LLC <br><br> Defendant. | Case No. 20-cv-07353 JCS <br><br> **REQUEST FOR THE COURT TO DISMISS MATTER WITHOUT PREJUDICE** |

Plaintiffs, DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., hereby respectfully request that the Court dismiss this matter without prejudice under Rule 41(a)(2).

DATED: March 10, 2023

Dated: March 13, 2023

IT IS SO ORDERED

Judge Joseph C. Spero

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Siddharth Jhans
Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

**REQUEST FOR THE COURT TO DISMISS MATTER WITHOUT PREJUDICE**
**Case No. 20-cv-07353-JCS**